UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA FERNANDEZ PEREZ,

     Petitioner,

                                       CASE NO. 1:26-CV-600
v.

                                       HON. ROBERT J. JONKER
KEVIN RAYCRAFT, et al.,

     Respondents.

_____/

## **<u>ORDER OF DISMISSAL</u>**

This is a habeas corpus action purportedly brought by an individual challenging a detention decision by the United States Immigration and Customs Enforcement.  The Petition was filed on February 23, 2026.  In a March 3, 2026, Order the Court noted several items that would need to be addressed before the petition could move forward.  The Court observed, for example, that the Petition was not signed, and it further appeared the Petition was mailed from a third-party residence.  Furthermore, the Petition was incongruous—it was written in the English langauge yet the named Petitioner who purportedly prepared it asserted she was unable to communicate in the English language. It was not clear that Petitioner had demonstrated a basis for relief on the merits either.  The Petition itself sought release based on purported due process violations that took place in unrelated State court proceedings—namely an alleged failure to provide proper translation services—and not the fact or extent of the current federal detention.  Finally, the Petition and subsequent papers raised a separate, potentially jurisdictional, issue: when the Court issued its March 3rd Order, Petitioner was no longer detained at the North Lake detention facility where she was located when the Petition was filed.  Instead, Petitioner had been moved to a detention facility

in Texas.  Transfer to that state where the named Petitioner was located, in the interests of justice and for the convenience of the parties, seemed to be warranted.[1]

The Court ordered Petitioner to address these issues in a filing due no later than March 10. To date, no submission has been received.  A courtesy copy sent to the detention facility where Petitioner was located has been returned undeliverable, and no other address is on file. Accordingly, the instant habeas Petition is dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  <u>March 19, 2026</u>          <u>/s/ Robert J. Jonker</u>
                                          ROBERT J. JONKER
                                          UNITED STATES DISTRICT JUDGE

---

[1] The Court's subsequent search of the Automated Case Information report from the Executive Office for Immigration Review reflects that an Immigration Judge ordered that Petitioner be removed from the Country on February 9, 2026, and that no appeal was received by the Board of Immigration Appeals.  A search of the U.S. Immigration and Customs Enforcement website further indicates that the named Petitioner is no longer is ICE custody—suggesting that the named Petitioner has since been removed from the Country.

2